UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD SATISH EMRIT,

    Plaintiff,

v.

THE GRAMMY AWARDS ON CBS,

    Defendant.
_____/

Case No. 1:23-cv-953

Hon. Hala Y. Jarbou

## ORDER

On October 13, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the case be dismissed for failure to state a claim (ECF No. 8). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on October 27, 2023. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 8) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the case is **DISMISSED** for failure to state a claim.

A judgment will issue in accordance with this order.

Dated: October 30, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE